AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SONDRA LEE LANE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-102

ANDREW SAUL, Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 16th day of March 2021, the Report and Recommendation is ADOPTED as the Order of the Court. The Court REMANDS this case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings. This case stands CLOSED.

Approved by: _____

March 26, 2021
Date



John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020