IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SONDRA LEE LANE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | CIVIL ACTION NO.: 6:19-cv-102 |

**O R D E R**

The Court **GRANTS** Plaintiff's Amended Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. 22.) The Court **DENIES AS MOOT** Plaintiff's original Motion for Attorney Fees. (Doc. 21.) The Court awards Plaintiff the sum $7,400.00 in fees plus costs of $400.00. Upon the entry of this order, the Commissioner will determine whether Plaintiff owes a debt to the Government that qualifies under the Treasury Offset Program, 31 U.S.C. §§ 3711, 3716. If Plaintiff owes such a debt, the fee award will be applied towards that debt with any remaining funds remitted to Plaintiff. See Astrue v. Ratliff, 560 U.S. 586, 589 (2010). Plaintiff has assigned her award of EAJA fees to counsel. The Government may, in its discretion, accept such assignment and pay the award directly to Plaintiff's counsel.

**SO ORDERED**, this 15th day of July, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA